UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-6023-SNOW

UNITED STATES OF AMERICA,
       Plaintiff,

v.

MARCUS CEASAR

       Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW  Clark Alan Strandell  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Clark Alan Strandell

Counsel's Signature: [signed]

Address (include City/State/Zip Code):
1311 SE 2nd Ave fort lauderdale Fl 33316

Telephone: 954 462 1005   Florida Bar Number: 17087

Date: 1/20/17