# COURT MINUTES/ORDER
## United States Magistrate Judge Patrick M. Hunt

Date: 1/25/2017   Time: 10:00am

Defendant: Jaime Rojo (J) ✓   J#: 15555-104   Case #: 17-6023-Snow
AUSA: Joseph Schuster ✓   Attorney: Joshua Rydell (temp) ✓
Violation: 21:846
Proceeding: Report Re:Counsel/Detention Hearing   CJA Appt: _____
Bond/(PTD) Held: ✓Yes ○No   Recommended Bond: _____
Bond Set at: $150,000 PSB   Co-signed by: mother + sister

- [✓] Surrender and/or do not obtain passports/travel docs
- [✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [✓] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [✓] No contact with victims/witnesses
- [✓] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [✓] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [✓] Allowances: Medical needs, court appearances, attorney visits, religious, employment **with prior permission from PTS**
- [✓] Travel extended to: SDFL
- [ ] Other:

Language: _____

Disposition:
Gov't proceeds by proffer
Agent Alexander Pagan
sworn

Court sets bond at
$150,000 PSB

Deft wants more time
to obtain a permanent
attorney —
Report Re: counsel hrg
reset

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: 2/3/17   11am   Seltzer   FtL
PTD/Bond Hearing:
Prelim/Arraign or Removal: 2/3/17   11:00am   Seltzer   Ftl (previously set)
Status Conference RE:

Check if Applicable: [ ]   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:03:43   Time in Court: 1 hour 10 min
Page: 3